UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　Defendant. | Case No. 22-cv-03910-AMO<br><br>**ORDER TO SHOW CAUSE WHY PARTIES SHOULD NOT BE SANCTIONED** |

On May 10, 2023, the above-captioned case was reassigned to this Court. ECF 22. Pursuant to the order of reassignment, the parties were to file a Joint Case Management Statement on or before May 31, 2023. *Id.* To date, no statement has been filed. Accordingly, each party is directed to show cause, in writing and by no later than noon on August 18, 2023, why it should not be sanctioned for failure to file the required Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: August 14, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ARACELI MARTÍNEZ-OLGUÍN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge